AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____Central____ District of ____Illinois____

ROBERT S. GILMORE, STEVE GERARD,
DEVON WILSON AND GEORGE COPPLE,
Plaintiffs

V.

JAMES A. CARLOCK,
Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-3010

TO: (Name and address of Defendant)

James A. Carlock
429 South 18th Street
Quincy, IL 62301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott C. Helmholz, Esq.
Brown, Hay and Stephens, LLP
205 S. Fifth Street
P.O. Box 2459
Springfield, IL 62705

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: John M. Waters
(By) DEPUTY CLERK: M. Rankin

DATE: 1/11/06

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/27/06 |
| NAME OF SERVER (PRINT) DONNA GOEHL | TITLE CSO |

Check one box below to indicate appropriate method of service

- « Served personally upon the third-party defendant. Place where served: _____

- (« ) Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: __GLORIA J CARLOCK 9/17/46 (wife)__

- « Returned unexecuted: _____

- « Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 1 | 30 | 31.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1/27/06__    _[signature] 577_
                Date                    Signature of Server

__521 Vermont Qcy IL 62301__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.