UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| ROBERT S. GILMORE, STEVE GERARD, DEVON WILSON and GEORGE COPPLE, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v.                                   )     No. 06-cv-3010<br>)<br>JAMES A. CARLOCK,              )<br>)<br>Defendant.                       ) | |

### ENTRY OF APPEARANCE

I, DOUGLAS J. QUIVEY, of Londrigan, Potter & Randle, P.C., do hereby enter my appearance as counsel for Defendant, JAMES A. CARLOCK, and ask that all further pleadings be served upon me.

JAMES A. CARLOCK, Defendant.

By: /s/ Douglas J. Quivey
Douglas J. Quivey Bar Number: 6225888
Attorney for Defendant
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street, P.O. Box 399
Springfield, Illinois 62705
Tel:  (217) 544-9823 Fax: (217) 544-9826
E-Mail: doug@lprpc.com

CERTIFICATE OF SERVICE

      I hereby certify that on February 20, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Elliott M. Hedin  
Attorney Number: 06273932  
Scott C. Helmholz  
Attorney Number: 6186488  
Brown, Hay & Stephens, LLP  
205 S. Fifth Street, Suite 700  
P.O. Box 2459  
Springfield, IL  62705  
ehedin@bhslaw.com.com  
shelmholz@bhslaw.com  
Attorneys for Plaintiffs

      By: /s/ Douglas J. Quivey  
      Douglas J. Quivey Bar Number: 6225888  
      Attorney for Defendant  
      LONDRIGAN, POTTER & RANDLE, P.C.  
      1227 South 7th Street  
      P.O. Box 399  
      Springfield, Illinois 62705  
      Tel:  (217) 544-9823 Fax: (217) 544-9826  
      E-Mail: doug@lprpc.com