UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | | |
|---|---|---|
| ROBERT S. GILMORE, STEVE GERARD, DEVON WILSON and GEORGE COPPLE, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 06-cv-3010 |
| JAMES A. CARLOCK, | ) ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Defendant, furnishes the following in compliance with Rule 11.3 of this Court.

1. James A. Carlock

2. N/A

3. Londrigan, Potter & Randle, P.C.

Date: February 20, 2006

By: /S/ DOUGLAS J. QUIVEY
Douglas J. Quivey Bar Number: 6225888
Attorney for Defendant
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street
P.O. Box 399
Springfield, Illinois 62705
Telephone:  (217) 544-9823
Fax:  (217)544-9826
E-Mail: doug@lprpc.com

CERTIFICATE OF SERVICE

      I hereby certify that on February 20, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Elliott M. Hedin
Attorney Number: 06273932
Scott C. Helmholz
Attorney Number: 6186488
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705
ehedin@bhslaw.com.com
shelmholz@bhslaw.com
Attorneys for Plaintiffs

      By: /s/ Douglas J. Quivey
      Douglas J. Quivey Bar Number: 6225888
      Attorney for Defendant
      LONDRIGAN, POTTER & RANDLE, P.C.
      1227 South 7th Street
      P.O. Box 399
      Springfield, Illinois 62705
      Tel:  (217) 544-9823 Fax: (217) 544-9826
      E-Mail: doug@lprpc.com