IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ROBERT S. GILMORE, STEVE GERARD, DEVON WILSON and GEORGE COPPLE, <br><br>   Plaintiffs, <br><br> v. <br><br> JAMES A. CARLOCK, <br><br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br> CASE NO: 06-3010 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

NOW COME Plaintiffs, Robert S. Gilmore, Steve Gerard, Devon Wilson and George Copple, ("Plaintiffs") by and through their attorneys, Brown, Hay & Stephens, LLP, Scott C. Helmholz, and Eliott M. Hedin, and for their Motion for Extension of Time to file Plaintiffs' Response to Defendant's Motion to Dismiss, pursuant to FED.R.CIV.P. 12(b)(1), 12(b)(7), 17(a) and 28 U.S.C. §1359, state as follows:

1. On February 20, 2006, Defendant filed a Motion to Dismiss Plaintiffs' Complaint pursuant to FED. R. CIV. P. 12(b)(1), 12(b)(7), 17(a) and 28 U.S.C. §1359. (Doc. 6).

2. Plaintiffs' Response is currently due on or before March 6, 2006, pursuant to Local Rule 7.1(B)(2).

3. As a consequence of counsel for Plaintiffs' extensive travel and trial schedule, counsel is unable to file Plaintiffs' Response on or before March 6, 2006.

4. Counsel for Defendant has agreed to an extension of time for Plaintiffs to file their Response to Defendant's Motion to Dismiss up to and including March 13, 2006.

WHEREFORE, Plaintiffs request that the Court grant their Motion for Extension of Time and allow Plaintiffs to file their Response to Defendant's Motion to Dismiss on or before March 13, 2006.

                        Respectfully submitted,

**Date: February 24, 2006**

_____
SCOTT C. HELMHOLZ    #6186488 IL
ELIOTT M. HEDIN    #06273932 IL
BROWN, HAY & STEPHENS, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
(217) 544-8491    (217) 241-3111 (fax)

## Certificate of Service

I hereby certify that on the **24th** day of **February, 2006**, I electronically filed Plaintiffs' Motion for Extension of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

Douglas J. Quivey, Esq.
Londrigan, Potter & Randle, P.C.
1227 South 7th Street
P.O. Box 399
Springfield, IL 62705

_____
Scott C. Helmholz

2/24/2006\crs\F:\WORD\SCHCLIEN\COPPLE\MotforExtensionofTimeFINAL.doc