E-FILED
Tuesday, 13 June, 2006  10:59:55 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ROBERT S. GILMORE, STEVE GERARD, DEVON WILSON and GEORGE COPPLE, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 06-cv-3010 ) |
| JAMES A. CARLOCK, | ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiffs, by their attorney, and Defendant, by his attorney, hereby stipulate to dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41 and in support state:

1. The parties in the above-referenced matter have reached an agreement to settle the above captioned case with prejudice.

2. The parties agree to pay their own costs.

WHEREFORE, by agreement, the parties pray that the case be dismissed.

        Respectfully submitted,
        ROBERT S. GILMORE, STEVE GERARD,
        DEVON WILSON and GEORGE COPPLE,
        Plaintiffs,

        JAMES A. CARLOCK, Defendant

        By: /s/ Douglas J. Quivey
        Douglas J. Quivey Bar Number: 6225888
        Attorney for Defendant
        LONDRIGAN, POTTER & RANDLE, P.C.
        1227 South 7th Street, P.O. Box 399
        Springfield, Illinois 62705
        Tel: (217) 544-9823 Fax: (217) 544-9826
        E-Mail: doug@lprpc.com
        Attorney for Defendant

By: /s/Scott C. Helmholz (w/consent)
Scott C. Helmholz
Attorney Number: 6186488
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705
shelmholz@bhslaw.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: shelmholz@bhslaw.com

By:  s/ Douglas J. Quivey
Douglas J. Quivey Bar Number: 6225888
Attorney for Plaintiffs
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street
P.O. Box 399
Springfield, Illinois 62705
Telephone:  (217) 544-9823
Fax:  (217) 544-9826
 E-Mail: doug@lprpc.com